PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Haywood Hinton      Cr.: 00-00125-001

Name of Sentencing Judicial Officer: The Honorable Jerome B. Simandle

Date of Original Sentence: 7/12/01

Date of Amended Sentence: 6/3/03

Original Offense: Bank Fraud, in violation of Title 18: U.S.C. Section 1344, a Class B Felony

Original Sentence: 66 months imprisonment, followed by 5 years supervised release with special conditions for drug treatment, financial disclosure and to pay a $2,000 fine and $100 special assessment.

Amended Sentence: custodial term reduced to 60 months imprisonment, followed by 5 years supervised release with special conditions for drug treatment, financial disclosure and to pay a $2,000 fine and $100 special assessment.

Type of Supervision: Supervised Release      Date Supervision Commenced: 6/2/04

Assistant U.S. Attorney: Gail Zweig      Defense Attorney: Edward F. Borden (assigned)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.**' |
| | On September 22, 2004, October 12, 2004 and October 18, 2004 the offender submitted urine samples which tested positive for cocaine. In addition, the offender submitted urine samples on June 29, 2005, July 6, 2005, and July 20, 2005 which tested positive for cocaine. On July 25, 2005 the offender submitted oral fluids which tested positive for cocaine. |

PROB 12C - Page 3
Haywood Hinton

7      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On August 12, 2005 the offender was arrested by the Philadelphia, Pennsylvania Police Department and was charged with Criminal Conspiracy, Theft by Unlawful Taking, Theft By Deception, Forgery, Identity Theft, Bad Checks, and Securing Execution. According to the arrest report, the offender was with a female accomplice, who was trying to open an account with a fraudulent Pennsylvania driver license and a fraudulent American Express credit card at the Commerce Bank, 3735 Walnut Street, Philadelphia, PA. The offender, using his alias (Al Hayy Ali Hasan), had apparently opened his own account at the bank on August 11, 2005, was attempting to deposit a check drawn on a Signature Bank account in the amount of $8,111. The Philadelphia, Pennsylvania, District Attorney's Office declined to prosecute the case. However, the U.S. Secret Service has adopted the investigation, which is ongoing, and charges in the Eastern District of Pennsylvania are under consideration.

8      The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the ED/NY probation office of the arrest on August 12, 2005 by the Philadelphia Police Department, and subsequent contact with the U.S. Secret Service, also on August 12, 2005, within 72 hours as required.

9      The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

The offender traveled outside of the Eastern District of New York, to Philadelphia, Pennsylvania on August 11, and August 12, 2005 as evident by his arrest on August 12, 2005 by the Philadelphia Police Department, without obtaining permission from the ED/NY probation office.

10      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to indicate on his August, 2005 Monthly Supervision Report that he traveled outside of the Eastern District of New York, to Philadelphia, Pennsylvania on August 11, 2005 and August 12, 2005 as evident by his arrest in Philadelphia on August 12, 2005.

PROB 12C - Page 4
Haywood Hinton

I declare under penalty of perjury that the foregoing is true and correct.

By: Steven Alfrey
U.S. Probation Officer
Date: 10/19/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 24, 2005
Date