<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>

<u>**MINUTES OF PROCEEDINGS**</u>

<u>**CAMDEN OFFICE**</u>                                             November 16, 2005
                                                                  DATE OF PROCEEDINGS

<u>**JUDGE JEROME B. SIMANDLE**</u>

<u>**COURT REPORTER: LISA MARCUS**</u>

                                                    Docket # Cr. # 00-125-01(JBS)

<u>**TITLE OF CASE:**</u>
UNITED STATES
     VS.
HAYWOOD HINTON
          Deft. Present

<u>**APPEARANCES:**</u>
Jackie Carle, AUSA for govt.
Joseph Donahue, Esq. for deft.

<u>**NATURE OF PROCEEDINGS:**</u>          **INITIAL APPEARANCE ON VIOLATION OF**
                                         **SUPERVISED RELEASE**

Hearing on application of deft. for appointment of counsel.
Ordered deft. affirmed; Deft. affirmed
Ordered application granted; Ordered Joseph Donahue appointed CJA.
**PLEA: NOT GUILTY ON 10 VIOLATIONS**
Ordered hearing set for 12/13/05 at 9:30 am.
Hearing on application of govt. for detention.
Oral Opinion placed on the record
Ordered application granted; Order of Detention filed.

                                                    s/ Marnie Maccariella
                                                    Deputy Clerk


Time Commenced 12:30 pm     Time Adjourned  12:45 pm
Time Commenced 3:00 pm      Time Adjourned 3:30 pm

                                                    s/Marnie Maccariella
                                                    Deputy Clerk